UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| HITCHCOCK INDEPENDENT SCHOOL DISTRICT, | § § § § | |
| Plaintiff. | § § | |
| VS. | § § | CIVIL ACTION NO. 3:19–CV–00198 |
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, ET AL., | § § § § | |
| Defendants. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION**

On August 19, 2019, Plaintiff's Motion to Remand Certain Removed Claims (Dkt. 19) was referred to United States Magistrate Judge Andrew M. Edison pursuant to 28 U.S.C. § 636(b)(1)(B). Dkt. 20. On October 11, 2019, Judge Edison filed a Memorandum and Recommendation (Dkt. 34) recommending that Plaintiff's Motion to Remand Certain Removed Claims (Dkt. 19) be **DENIED**.

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also*, FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 34) is **APPROVED and ADOPTED** in its entirety as the holding of the Court; and

(2) Plaintiff's Motion to Remand Certain Removed Claims (Dkt. 19) is **DENIED**.

It is so **ORDERED**.

SIGNED and ENTERED this 28th day of October, 2019.

JEFFREY V. BROWN
UNITED STATES DISTRICT JUDGE