Case 3:19-cv-00198   Document 42   Filed on 11/27/19 in TXSD   Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
November 27, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| HITCHCOCK INDEPENDENT SCHOOL DISTRICT | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No: 3:19-CV-198 |
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA; INDIAN HARBOR INSURANCE COMPANY; STEADFAST INSURANCE COMPANY; HDI GLOBAL SPECIALTY SE f/k/a INTERNATIONAL INSURANCE COMPANY OF HANNOVER SW; LEXINGTON INSURANCE COMPANY; QBE SPECIALTY INSURANCE COMPANY; UNITED SPECIALTY INSURANCE COMPANY; PRINCETON EXCESS AND SURPLUS LINES INSURANCE COMPANY; TOM MCCARTNEY; and TARUN PAREEK | § § § § § § § § § § § § § § § § § § | |
| Defendants. | § § | |

## **STIPULATION OF DISMISSAL**

It is hereby stipulated by and between Plaintiff Hitchcock Independent School District and Defendants Certain Underwriters at Lloyd's, London; General Security Indemnity Company of Arizona; Indian Harbor Insurance Company; Steadfast Insurance Company; HDI Global Specialty SE f/k/a International Insurance Company of Hannover SE; Lexington Insurance Company; QBE Specialty Insurance Company; United Specialty

Insurance; Princeton Excess and Surplus Lines Insurance Company; Tom McCartney; and Tarun Pareek that all claims brought by all parties in the above captioned action should be and hereby are dismissed pursuant to FED. R. CIV. P. 41(a)(1), with costs taxed against the parties incurring same.

The parties respectfully request that the Court accept this stipulation, which is entered for the purpose of judicial efficiency.

Dated: November 27, 2019.

                                    Respectfully submitted,

                                    By: /s/ *Shaun W. Hodge*

                                        Shaun W. Hodge
                                        State Bar No. 24052995
                                        S.D. Texas Bar No. 1045838
                                        shodge@hodgefirm.com

                                    HODGE LAW FIRM, PLLC
                                    Old Galveston Square
                                    2211 The Strand, Suite 302
                                    Galveston, Texas 77550
                                    (409) 762-5000 - Telephone
                                    (409) 763-2300 – Facsimile

                                    ATTORNEY FOR PLAINTIFF

OF COUNSEL:

April L. Rosenbaum
State Bar No. 24078926
arosenbaum@hodgefirm.com

HODGE LAW FIRM, PLLC
Old Galveston Square
2211 The Strand, Suite 302
Galveston, Texas 77550
(409) 762-5000 - Telephone
(409) 763-2300 – Facsimile

By: /s/ *Raymond Gregory*
Raymond L. Gregory II
State Bar No. 08438275
S.D. Texas Bar No. 12879
rlg2@egglestonbriscoe.com

EGGLESTON & BRISCOE, LLP
333 Clay Street, Suite 4800
Houston, Texas 77002
(713) 659-5100 - Telephone
(713) 951-9920 – Facsimile

ATTORNEY FOR DEFENDANTS

OF COUNSEL:

William J. Eggleston
State Bar No. 06483500
Southern District of Texas Bar No. 1989
wje@egglestonbriscoe.com

John Michael Raborn
State Bar No. 24057364
Southern District of Texas Bar No. 940054
jmr@egglestonbriscoe.com

EGGLESTON & BRISCOE, LLP
333 Clay Street, Suite 4800
Houston, Texas 77002
(713) 659-5100 - Telephone
(713) 951-9920 – Facsimile

**THE STIPULATION IS ACCEPTED BY THE COURT AND THE LAWSUIT IS HEREBY DISMISSED. IT IS SO ORDERED:**

_____    November 27, 2019
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE